IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 08-1046
 ((((((((((((((((

 In Re Memorial Hermann Healthcare System And Memorial Hermann Hospital
 System

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The unopposed motion to abate mandamus proceedings, filed on
January 9, 2008, is granted. This case is ABATED, pursuant to Texas Rules
of Appellate Procedure 7.2(b), for ninety days to allow the successor judge
to reconsider the original trial judge's decision, signed March 5, 2008.
 2. The case shall be abated, and removed from the Court's active
docket, for ninety days, or until further order of the Court.
 3. The parties are directed to notify this Court immediately of
any change in status of the case, to notify this Court immediately when the
successor judge has ruled, and to file a status report or other appropriate
motion by April 16, 2009.

 Done at the City of Austin, this 16th day of January, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk